**MANATT, PHELPS & PHILLIPS, LLP**
John W. McGuinness (Bar No. CA 277322)
*jmcguinness@manatt.com*
Kishan H. Barot (Bar No. CA 281829)
*kbarot@manatt.com*
2049 Century Park East
Suite 1700
Los Angeles, California 90067
Tel.:   310.312.4000
Fax.:  310.312.4224

**MANATT, PHELPS & PHILLIPS, LLP**
Kareem A. Salem (Bar No. CA 288906)
*ksalem@manatt.com*
Brandon P. Reilly (Bar No. CA 278012)
*breilly@manatt.com*
662 Encinitas Blvd.
Suite 216
Encinitas, CA 92024
Tel.:   619.205.8500
Fax.:  619.205.8599

*Attorneys for Defendant*
GUITAR CENTER, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEOFFREY STREHL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GUITAR CENTER, INC.,<br><br>Defendant. | Case No. 2:23-cv-02603 JAK (RAOx)<br><br>**NOTICE OF SETTLEMENT PURSUANT TO L.R. 16-15.7**<br><br>Action Filed: March 7, 2023 |

Manatt, Phelps &
Phillips, LLP
Attorneys at Law
Los Angeles, CA

NOTICE OF SETTLEMENT
2:23-CV-02603 JAK (RAOX)

PLEASE TAKE NOTICE that Plaintiff Geoffrey Strehl and Defendant Guitar Center, Inc. (collectively, the "Parties") have reached an agreement in principle to settle the above-captioned action in its entirety. The Parties expect to finalize and execute a settlement agreement within thirty (30) days.

WHEREFORE, the Parties respectfully request that all deadlines, hearing dates, and the trial date be vacated, pending the Parties' filing of either a request for dismissal when the settlement is finalized, or notice regarding status and request to reset case deadlines in the event settlement is not finalized in the time allotted.

Dated:   September 13, 2024

Respectfully submitted,

MANATT, PHELPS & PHILLIPS, LLP

By: /s/ Kishan H. Barot
Kishan H. Barot
Attorneys for Defendant
GUITAR CENTER, INC.

Dated:   September 13, 2024

Respectfully submitted,

BURSOR & FISHER, P.A.

By: /s/ Joseph I. Marchese
Joseph I. Marchese
Max Roberts
Attorneys for Plaintiff
GEOFFREY STREHL

## LOCAL RULE 5-4.3.4(a)(2)(i) CERTIFICATION

The filer of this document attests that all other signatories listed above on whose behalf this filing is submitted concur in the filing's content and have authorized the filing.