1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEOFFREY STREHL, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>GUITAR CENTER, INC.,<br><br>　　　　　　　Defendant. | Case No. 2:23-cv-02603-JAK (RAOx)<br><br>**ORDER RE JOINT STIPULATION OF DISMISSAL (DKT. 71)**<br><br><mark>**JS-6: CASE CLOSED**</mark> |

Based on a review of the Joint Stipulation of Dismissal (the "Stipulation" (Dkt. 77)), sufficient good cause has been shown for the requested relief. Accordingly, the Stipulation is **APPROVED**, as follows. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims asserted individually by Plaintiff are dismissed with prejudice, and the putative class claims are dismissed without prejudice. Each side will bear its own costs and expenses.

**IT IS SO ORDERED.**

Dated: September 27, 2024

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE